377 A.2d 197

Turner, Appellant, v. Turner.

Argued March 22, 1977. Gary Neil Asteak, with him Charles H. Spaziani, for appellant; Donald L. Van Gilder, with him Richard F. Stevens, for appellee.

OPINION PER CURIAM: Order affirmed.

HOFFMAN, J., concurs in the order of the Court, but believes that the doctrine of spousal immunity is anachronistic and serves no useful purpose. The modern view is to

eliminate the doctrine. Pennsylvania should join the increasing majority of jurisdictions abrogating it. See *DiGirolamo v. Apanavage,* 454 Pa. 557, 312 A.2d 382 (1973) (Dissenting Opinion by ROBERTS, J.); *Kelso v. Mielcarek,* 226 Pa. Superior Ct. 476, 313 A.2d 324 (1973) (Concurring Opinion by HOFFMAN, J.).